

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2019

No. 04-18-00610-CV

Michael P**. GEARY,** Independent Executor of the Estate of Joseph William Geary, Jr., Deceased and Falcon Energy, Inc.,
Appellants

v.

**TOW BOW RANCH LIMITED PARTNERSHIP,** Two Bow Management, LC and Ronald L. Toms, Individually,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-03609
Honorable David A. Canales, Judge Presiding

## O R D E R

Appellees' brief was originally due on March 6, 2019. This court has granted appellees three extensions of time in which to file appellees' brief, with appellees' most recent deadline being June 5, 2019. This court's order noted no further extensions of time would be allowed. Appellees have now filed their Fourth Motion for Extension of Time, requesting an additional 30 days, until July 5, 2019, in which to file appellees' brief.

We GRANT appellees' motion. We ORDER that appellees file their brief on or before July 5, 2019. If appellees fail to file their brief on or before July 5, 2019, this appeal will be set for submission without an appellees' brief.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court